```
               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA
```

**JASON V. GAINEY**                                      **CIVIL ACTION**

**VERSUS**                                               **NO. 10-0371**

**LIEUTENANT DAVID HANSON, ET AL**                       **SECTION "A"(5)**

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 claims be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 3rd day of August, 2011.

                              _____
                              UNITED STATES DISTRICT JUDGE